U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2021 SEP 30 PM 1: 15

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | (18 U.S.C. §§ 922(g)(9), 922(a)(6)) |
| ) | |
| CODY AHONEN    ) | 2:21-cr-85-1 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 15, 2021, in the District of Vermont, defendant CODY AHONEN, knowing he had previously been convicted of a misdemeanor crime of domestic violence, to wit, Domestic Assault, in violation of 13 V.S.A. § 1042, knowingly possessed firearms including a Glock .45 caliber pistol; a CZ 7.62 caliber pistol; and a U.S. Carbine .30 caliber rifle; and the firearms were in and affecting commerce.

(18 U.S.C. § 922(g)(9))

## COUNT TWO

On or about February 13, 2018, in the District of Vermont, defendant CODY AHONEN, in connection with the attempted acquisition of a firearm, to wit, a Ruger model LCP .380 caliber pistol, from Seiple's Shoot Shop, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement to J.S., an employee of Seiple's Shoot Shop, which was intended and likely to deceive J.S. as to a fact material to the lawfulness of such firearm sale, in that the defendant represented that he had not previously been convicted of a misdemeanor crime of domestic violence.

(18 U.S.C. § 922(a)(6))

## CRIMINAL FORFEITURE ALLEGATION

The United States hereby gives notice to the defendant CODY AHONEN that, upon his conviction of the offense charged under 18 U.S.C. § 922(g)(9) and/or the offense charged under 18 U.S.C. § 922(a)(6), the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g) or 922(a)(6), including but not limited to: one Glock .45 caliber pistol bearing serial number EVL754; one CZ 52 7.62 caliber pistol, bearing serial number LB6614; one U.S. Carbine model M1 .30 caliber rifle bearing serial number AA54537; and .45 caliber, .223 caliber, 9mm caliber, .30 caliber, and 7mm caliber ammunition recovered on or about September 16, 2021.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(18 U.S.C. § 924(d); 21 U.S.C. §853(p); 28 U.S.C. § 2461(c))

A TRUE BILL

REDACTED

FOREPERSON

JONATHAN A. OPHARDT (SJW)
Acting United States Attorney
Burlington, Vermont
September 30, 2021